## TILLINGHAST *v.* VAN BUSKIRK.

ERROR TO THE SUPREME COURT OF THE STATE OF NEW YORK.

No. 313. Argued April 12, 1867. — Decided April 22, 1867.

*Green* v. *Van Buskirk*, 5 Wall. 307, followed.

MOTION TO DISMISS. The case is stated in the opinion.

MR. JUSTICE MILLER delivered the opinion of the court.

This opinion [in *Green* v. *Van Buskirk*, 5 Wall. 307] disposes also of the case No. 313, *Tillinghast* v. *Van Buskirk and Others,* in which the same order will be entered.

*Mr. Amasa J. Parker* for plaintiffs in error.

*Mr. John B. Gale* and *Mr. J. M. Carlisle* for defendants in error.

---

## CONNELLSVILLE AND SOUTHERN PENNSYLVANIA RAILROAD *v.* BALTIMORE.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF PENNSYLVANIA.

No. 413. Argued April 26, 1867. — Decided April 29, 1867.

The appellant was a proper party defendant in the court below, and duly took his appeal.

The order assigning the case for hearing at this term is rescinded.

MOTION TO DISMISS. The case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

We have considered the motion to dismiss the appeal of the Pittsburgh and Connellsville Railroad Company, and are of opinion that that company was a proper party defendant in the court below and the appeal in the record appears to have been taken by this defendant as well as by the others. We must therefore overrule the motion to dismiss.

We have also further considered the motion to rescind the order heretofore made assigning the matter for hearing at this term, and have come to the conclusion that the order should be rescinded. And it is                                                    *So directed.*

*Mr. John Knox, Mr. Andrew Stewart* and *Mr. J. S. Black* for appellants.

*Mr. J. H. B. Latrobe, Mr. R. Johnson* and *Mr. J. L. Thomas, Jr.,* for appellees.